FILED
DEC 20 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONN L. ROSEBERRY, aka "ROSIE,"<br>BETTY J. DUVALL,<br>TWILA JO DAVIS,<br>SUSAN C. McKITRICK and<br>SABRENA VITCOVITCH,<br><br>Defendants. | No. J05-0004 CR (JWS)<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANT TWILA DAVIS'S NON-OPPOSED MOTION TO CONTINUE IMPOSITION OF SENTENCE** |

Plaintiff United States of America by and through undersigned counsel hereby states that the Government does not oppose the motion of defendant Twila Davis to continue her sentencing hearing for and on the grounds set forth in that motion.

DATED this 14th day of December, 2005 at Anchorage, Alaska.

TIMOTHY BURGESS
UNITED STATES ATTORNEY FOR ALASKA

By: _____
James Goeke
Assistant United States Attorney

United States v. Rosenberry, et al
Case No. J05-0004-CR (JWS)
Memorandum:
Non-opposed Motion To Continue
Imposition Of Sentence
Page 1 of 2

154

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the ___15th___ day of ___Dec,___ , 2005 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

And upon:

USPO Patricia Wong
U.S. Court Pretrial/Probation
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-3060

By: _____



Sterling & DeArmond
851 E. Westpoint Drive Suite 201   Wasilla, Alaska 99654
(907) 376-8076                      FAX (907) 376-8078

United States v. Rosenberry, et al
Case No. J05-0004-CR (JWS)
Memorandum:
Non-opposed Motion To Continue
Imposition Of Sentence
Page 2 of 2