MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED DEC 2 3 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | v. | RONN L. ROSEBERRY, et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   J05-0004-CR (HRH) |
| This Order pertains to: | | DAVIS, Twila Jo [D-03] |
| Deputy Clerk | | Official Recorder |
| Pam Richter | | |

APPEARANCES:   for PLAINTIFF:  ----

for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant Twila Jo Davis has filed a motion to continue imposition of sentence for 30 days (Clerk's Docket No. 153), which includes a non-opposition from the Government.

Defendant's motion is granted. Imposition of sentence for defendant Twila Jo Davis is rescheduled to 9:00 a.m. on Thursday, February 9, 2006.

---

IMMEDIATE NOTIFICATION
IS REQUESTED

pr ✓ 12/23/05 t/c notice: J.Goeke, S. Sterling, USPO,

J05-0004--CR (HRH)   12-23-05          — US PROBATION
-----------------------------------
✓ S. STERLING (STERLING)     pr
✓ J. GOEKE (US-ATTY)
✓ US MARSHAL

/155