IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. J05-0004 CR (HRH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, et al, ) | |
| ) | **MOTION FOR WITHDRAWAL** |
| Defendants. ) | **AND SUBSTITUTION OF** |
| _____ ) | **COUNSEL** |

Excludable delay under 18 U.S.C. § 3161(h), delay attributable to filing by defendant, may occur as a result of the filing or granting of the present document or the relief requested.

Defendant Twila Jo Davis moves the court to authorize and direct the withdrawal of Scott A. Sterling and the substitution in of counsel from the CJA Panel for the district as her counsel of record for the reason set forth in the attached Memorandum and Affidavit of Counsel. A proposed Order is also attached.

RESPECTFULLY SUBMITTED this \_\_\_\_ day of _____, 2006 at Anchorage, Alaska.

                                        Sterling & DeArmond, P.C.
                                        Counsel for Defendant
                                        Twila Jo Davis

                                        By: s/ Scott A. Sterling
                                             Scott A. Sterling
                                             Sterling & Dearmond
                                             851 Westpoint Drive, Suite 201
                                             Wasilla, Alaska 99654
                                             Telephone: (907) 376-8076
                                             Fax:       (907) 376-8078

Email: scottsterling@alaskalawyers.net
Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 13th day of February, 2006 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By:_____