IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )   No. J05-0004 CR (HRH)<br>                       Plaintiff,        )<br>                                                        )<br>vs.                                                 )<br>                                                        )<br>TWILA JO DAVIS, et al,              )  **MEMORANDUM:**<br>                                                        )  **MOTION FOR WITHDRAWAL**<br>                       Defendants.   )  **AND SUBSTITUTION OF**<br>_____)  **COUNSEL** | |

On February 9, 2006 the court sentenced Ms. Davis to serve 10 years in prison and five years on supervised release. Ms. Davis wishes to appeal from that sentence. She has advised that one of the issues on review will be whether she received effective assistance of counsel. Given that fact it appears to be in the best interest of Ms. Davis for her present counsel, Scott Sterling, to withdraw, and for substitute counsel to be appointed for purposes of representing Ms. Davis on her appeal and/or any collateral review motion or petition. It is not ethically permissible for counsel to try to review his own performance and try to advise Ms. Davis concerning same.

For those reasons the subject motion should be granted.

RESPECTFULLY SUBMITTED this _____ day of _____, 2006 at Anchorage, Alaska.

Sterling & DeArmond, P.C.
Counsel for Defendant
Twila Jo Davis

By: s/ Scott A. Sterling
    Scott A. Sterling
    Sterling & Dearmond
    851 Westpoint Drive, Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
    Fax:       (907) 376-8078
Email: scottsterling@alaskalawyers.net
    Bar No. 8706053

**United States v. Twila Jo Davis**
**Case No. J05-0004-CR (HRH)**
**Memorandum:**
**Motion For Withdrawal & Substitution Of Counsel**
**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by

(U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 13th day of

February, 2006 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By:_____

**United States v. Twila Jo Davis**
**Case No. J05-0004-CR (HRH)**
**Memorandum:**
**Motion For Withdrawal & Substitution Of Counsel**
**Page 3 of 3**