IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TWILA JO DAVIS, et al,<br><br>                Defendants. | )<br>) No. J05-0004 CR (HRH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF APPEAL** |

Excludable delay under 18 U.S.C. § 3161(h), delay attributable to filing by defendant, may occur as a result of the filing or granting of the present document or the relief requested.

Notice is hereby given that defendant Twila Jo Davis appeals to the United States Court of Appeals for the Ninth Circuit from her conviction and from the sentence imposed upon her by the United States District Court for the District of Alaska on February 9, 2006.  Judgment in the above-captioned matter was entered on February 9, 2006 and a sentence of 120 months imprisonment and five years on supervised release was imposed on February 9, 2006.

A transcript of the change of plea hearing and the imposition of sentence hearing will be required.  Ms. Davis is represented by counsel under the Criminal Justice Act and requests that the court authorize production of the transcript subject to counsel filing the appropriate CJA form (CA9-036) for transcription services.

By separate motion concurrently filed Ms. Davis moves the court on shortened time for withdrawal and substitution of counsel.

RESPECTFULLY SUBMITTED this _____ day of _____, 2006 at Anchorage, Alaska.

        Sterling & DeArmond, P.C.
        Counsel for Defendant
        Twila Jo Davis

        By: s/ Scott A. Sterling
            Scott A. Sterling
            Sterling & Dearmond
            851 Westpoint Drive, Suite 201
            Wasilla, Alaska 99654
            Telephone: (907) 376-8076
            Fax:         (907) 376-8078
        Email: scottsterling@alaskalawyers.net
            Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by

(U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 13th day of

February, 2006 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By:_____