IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. J05-0004 CR (HRH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ERRATA RE:** |
| TWILA JO DAVIS, et al, ) | **ORDER RE:** |
| ) | **MOTION FOR WITHDRAWAL** |
| Defendants. ) | **AND SUBSTITUTION OF** |
| _____ ) | **COUNSEL** |

Undersigned counsel hereby submits the accompanying proposed Order under cover of this errata, owing to the fact that counsel made some errors in trying to file the order with the subject motion via the court's electronic case filing system.

DATED this 14th day of February, 2006 at Anchorage, Alaska.

    Sterling & DeArmond, P.C.
    Counsel for Defendant
    Twila Jo Davis

By: s/ Scott A. Sterling
    Scott A. Sterling
    Sterling & Dearmond
    851 Westpoint Drive, Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
    Fax:      (907) 376-8078
    Email: scottsterling@alaskalawyers.net
    Bar No. 8706053

**United States v. Twila Jo Davis**
**Case No. J05-0004-CR (HRH)**
**Errata re:**
**Order re:**
**Motion For Withdrawal & Substitution Of Counsel**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 14th day of February, 2006 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By: s/Scott Sterling

**United States v. Twila Jo Davis**
**Case No. J05-0004-CR (HRH)**
**Errata re:**
**Order re:**
**Motion For Withdrawal & Substitution Of Counsel**
**Page 2 of 2**