IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. J05-0004 CR (HRH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, et al, ) | **ORDER RE:** |
| ) | **MOTION FOR WITHDRAWAL** |
| Defendants. ) | **AND SUBSTITUTION OF** |
| _____ ) | **COUNSEL** |

Upon application and good cause being shown IT IS HEREBY ORDERED that the motion of defendant Twila Jo Davis to effect the withdrawal of her counsel Scott A. Sterling and to have substituted in new counsel from the CJA Panel for this district is GRANTED.

Mr. Sterling is hereby withdrawn as counsel of record.

The Federal Defender for the district is directed to appoint substitute counsel for Ms. Davis within ___ days of the effective date of this Order.

DATED this ____day of _____, 2006 at Anchorage, Alaska

                                                                       _____
                                                                       H. Russel Holland
                                                                       United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 14th day of February, 2006 upon:

AUSA James Goeke
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By: s/Scott Sterling

**United States v. Twila Jo Davis**
**Case No. J05-0004-CR (HRH)**
**Order re:**
**Motion For Withdrawal & Substitution Of Counsel**
**Page 2 of 2**