IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TWILA JO DAVIS, et al,<br><br>          Defendants. | No. J05-0004 CR (HRH)<br><br><br><br><br><br>**ORDER RE:**<br>**MOTION FOR WITHDRAWAL**<br>**AND SUBSTITUTION OF**<br>**COUNSEL** |

Upon application and good cause being shown IT IS HEREBY ORDERED that the motion of defendant Twila Jo Davis to effect the withdrawal of her counsel Scott A. Sterling and to have substituted in new counsel from the CJA Panel for this district is GRANTED.

Mr. Sterling is hereby withdrawn as counsel of record.

The Federal Defender for the district is directed to appoint substitute counsel for Ms. Davis within 10 days of the effective date of this Order.

DATED this 21 day of Feb, 2006 at Anchorage, Alaska

                                H. Russel Holland<br>
                                United States District Judge