Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONN L. ROSEBERRY, BETTY J. DUVAL, TWILA JO DAVIS, SUSAN C. McKITRICK, AND SABRENA M. VITCOVITCH, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | Case No. 1:05-cr-0004.3-HRH |

### MOTION TO UNSEAL RECORDS

COMES NOW, Twila Jo Davis, by and through her counsel of record, Hagans, Ahearn & Webb, and moves this Court for an order to unseal the Imposition of Sentence Hearing, so that it may be transcribed and to allow substitute counsel access to the transcript. The undersigned understands that the transcript was ordered by former CJA counsel.

Dated at Anchorage, Alaska this 3rd day of March 2006.

        HAGANS, AHEARN & WEBB
        Attorneys for Defendant Twila Jo Davis


By: __/s/_____
    Meredith A. Ahearn
    Alaska Bar No. 6903001
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net


**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served
electronically this 3rd day of March 2006,on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

___/s/_____
Meredith A. Ahearn

*6479*