Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>       vs.                                          )<br>                                                          )<br>RONN L. ROSEBERRY, BETTY J. )<br>DUVAL, TWILA JO DAVIS, SUSAN C. )<br>McKITRICK, AND SABRENA M.    )<br>VITCOVITCH,                              )<br>                                                          )<br>            Defendants.                   )<br>                                                          ) | Case No. 1:05-cr-0004.3-HRH |

## PROPOSED ORDER TO UNSEAL RECORDS

IT IS ORDERED that the Imposition of Sentence Hearing transcript be unsealed for the benefit of Defendant's new CJA counsel.

Dated at Anchorage, Alaska this ___ day of March 2006.

                    H. RUSSELL HOLLAND
                    U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served
electronically this 3rd day of March 2006,
on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

    /s/
Meredith A. Ahearn

*6479*