IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
RONN L. ROSEBERRY, a/k/a "Rosie",      )
BETTY J. DUVALL,                       )
TWILA JO DAVIS,                        )
SUSAN C. McKITRICK, and                )
SABRENA M. VITCOVICH,                  )
                                       )   No. J05-0004-CR (HRH)
                    Defendants.        )
_____)
                                       )
This Order pertains to:                )
                                       )
TWILA JO DAVIS            [D-03]       )
_____)
```

ORDER TO UNSEAL RECORDS

      IT IS ORDERED that the imposition of sentence hearing transcript be unsealed for the benefit of defendant's new CJA counsel.

      DATED at Anchorage, Alaska, this <u>6th</u> day of March, 2006.

                                              /s/ H. Russel Holland
                                              United States District Judge