UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

06- 30125

**CASE INFORMATION:**
Short Case Title: USA v Davis
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. Russel Holland; 1:05-cr-00004-03-HRH
Date Complaint/Indictment/Petition Filed: 6/21/05
Date Appealed Order/Judgment *entered*: 2/15/06
Date NOA *filed*: 2/14/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  Linda Christensen: (907) 677-6104

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? _x_ no             Was FP Limited/Revoked?
US Government Appeal? _x_ no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:               Appellee Counsel:
To be appointed by FPD (CJA Clk)    James Goeke
                                 james.goeke@usdoj.gov
                                 (907) 271-1500

__retained  _X_ CJA  __FPD  __FPD  __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: Yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____    9th Circuit Docket Number: _____

Name and phone number of person completing this form:  Pam Richter
                                                       (907) 677-6125