UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TWILA JO DAVIS,<br><br>Defendant - Appellant. | No. 06-30125<br><br>D.C. No. CR-05-00004-HRH<br>District of Alaska,<br>Juneau<br><br><br>ORDER |

In view in the circumstances cited, appellant's late second motion for an extension of time to file the opening brief is granted. The opening brief is due June 29, 2006; the answering brief is due July 31, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 5.29