**FILED**

**JUL 28 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
AUG 0 4 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

| UNITED STATES OF AMERICA, | No. 06-30125 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00004-HRH |
| v. | District of Alaska, Juneau |
| TWILA JO DAVIS, | ORDER |
| Defendant - Appellant. | |

Appellant's motion for voluntary dismissal of this appeal is denied without prejudice to renewal within 21 days accompanied by appellant's written consent to the motion or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

In the absence of a renewed motion, the opening brief and excerpts of record are due September 25, 2006; appellee's answering brief is due October 25, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\07.06\ahh\06-30125.wpd