UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 0 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TWILA JO DAVIS,<br><br>Defendant - Appellant. | No. 06-30125<br><br>D.C. No. CR-05-00004-HRH<br>District of Alaska,<br>Juneau<br><br>ORDER |

RECEIVED
SEP 0 6 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

*Adrienne H. Hickman*
Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP - 1 2006

by _____
Deputy Clerk

S:\MOATT\Clrkords\08.06\ahh\06-30125.wpd

Proceedings include all events.
06-30125 USA v. Davis

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | James A. Goeke, Esq.<br>907/271-5071<br>[COR LD NTC aus]<br>Office of the United States Attorney<br>Federal Building & U.S. Courthouse<br>222 W. 7th Ave.<br>Anchorage, AK 99513<br>907-271-5071 |
| v. | |
| TWILA JO DAVIS<br>    Defendant - Appellant | Scott A. Sterling, Esq.<br>FAX 907/376-8078<br>907/376-8076<br>Ste. 201<br>[COR LD NTC cja]<br>STERLING & DeARMOND<br>851 E. Westpoint Dr.<br>Wasilla, AK 99654<br><br>Meredith A. Ahearn, Esq.<br>FAX 907/276-8732<br>907/276-5294<br>Suite 400<br>[COR LD NTC cja]<br>HAGANS AHEARN McLAUGHLIN & WEBB<br>310 "K" St.<br>Anchorage, AK 99501 |