Date: 01/19/2007  
Time: 12:23:30 pm

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified

Facility: CRW

RECEIVED JAN 3 1 2007  
CLERK, U.S. DISTRICT COURT  
ANCHORAGE, ALASKA

**Criteria:** View All Transactions

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2007 07:36:15 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($59.84) | 3 | | | $189.13 |
| 01/09/2007 02:36:59 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $69.47 | IOS0009 | | | $248.97 |
| 01/09/2007 11:20:30 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0005 | Sales | ($57.20) | 7 | | | $179.50 |
| 01/03/2007 07:15:38 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($72.20) | 31 | | | $236.70 |
| 12/19/2006 02:43:17 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | TP_PHONE | Phone Withdrawal | ($50.00) | TFN1219 | | | $308.90 |
| 12/19/2006 06:53:08 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($143.94) | 17 | | | $358.90 |
| 12/18/2006 09:06:32 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $500.00 | 33305607 | | | $502.84 |
| 12/12/2006 06:55:11 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($47.60) | 12 | | | $2.84 |
| 12/09/2006 07:23:26 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | TP_PHONE | Phone Withdrawal | ($35.00) | TFN1209 | | | $50.44 |
| 12/08/2006 01:36:28 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $73.49 | IOS0005 | | | $85.44 |
| 12/05/2006 06:55:35 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($68.89) | 8 | | | $11.95 |
| 12/03/2006 12:05:45 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | TP_PHONE | Phone Withdrawal | ($20.00) | TFN1203 | | | $80.84 |
| 12/03/2006 06:03:41 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $100.00 | 33304607 | | | $100.84 |
| 11/29/2006 07:08:02 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | TP_PHONE | Phone Withdrawal | ($10.00) | TFN1129 | | | $0.84 |
| 11/29/2006 06:36:40 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($37.25) | 8 | | | $10.84 |
| 11/28/2006 03:13:46 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | DataMig | Phone Rev With Rel | $18.30 | GITS2CNV | | | $48.09 |
| 11/25/2006 07:30:17 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($15.00) | ITS1125 | | | $29.79 |

WorkstationID: CRW7KWTC11    UserID: CRW9213    Page 1 of 5

Date: 01/19/2007  
Time: 12:23:30 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: CRW

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2006 06:55:46 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0003 | Sales | ($73.85) | 24 | | | $44.79 |
| 11/12/2006 08:11:57 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($20.00) | ITS1112 | | | $118.64 |
| 11/12/2006 02:04:56 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $100.00 | 33303107 | | | $138.64 |
| 11/10/2006 05:06:20 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | FRP Excess With | $29.12 | IFRP1106 | | | $38.64 |
| 11/07/2006 07:04:11 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($20.00) | ITS1107 | | | $9.52 |
| 11/07/2006 11:53:35 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($45.75) | 73 | | | $29.52 |
| 11/07/2006 09:41:52 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | FRP Unicor Pymt | ($38.18) | IOS0002 | | | $75.27 |
| 11/07/2006 09:41:52 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $76.36 | IOS0001 | | | $113.45 |
| 10/31/2006 09:06:26 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0003 | Sales | ($40.35) | 32 | | | $37.09 |
| 10/30/2006 11:41:15 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $75.00 | 33302107 | | | $77.44 |
| 10/24/2006 06:45:40 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0003 | Sales | ($25.75) | 8 | | | $2.44 |
| 10/17/2006 06:27:54 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0008 | Sales | ($132.95) | 7 | | | $28.19 |
| 10/15/2006 06:48:32 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($50.00) | ITS1015 | | | $161.14 |
| 10/14/2006 06:04:03 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $200.00 | 33301007 | | | $211.14 |
| 10/11/2006 07:01:11 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($39.15) | 28 | | | $11.14 |
| 10/06/2006 03:24:29 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | FRP Unicor Pymt | ($40.94) | IOS0045 | | | $50.29 |
| 10/06/2006 03:24:29 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $81.88 | IOS0044 | | | $91.23 |
| 10/03/2006 06:37:02 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($61.50) | 8 | | | $9.35 |
| 10/01/2006 09:06:31 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($30.00) | ITS1001 | | | $70.85 |

Date: 01/19/2007  
Time: 12:23:30 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified

Facility: CRW

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2006 06:04:04 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $100.00 | 33326106 | | | $100.85 |
| 09/20/2006 08:27:41 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($8.00) | ITS0920 | | | $0.85 |
| 09/19/2006 07:06:48 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | $2.20 | 23 | | | $8.85 |
| 09/19/2006 07:06:04 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($24.20) | 22 | | | $6.65 |
| 09/18/2006 08:08:09 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $30.00 | 33325206 | | | $30.85 |
| 09/18/2006 06:20:31 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($4.00) | ITS0918 | | | $0.85 |
| 09/12/2006 06:54:19 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0004 | Sales | ($20.30) | 21 | | | $4.85 |
| 09/11/2006 07:47:32 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($10.00) | ITS0911 | | | $25.15 |
| 09/08/2006 07:31:06 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($10.00) | ITS0908 | | | $35.15 |
| 09/08/2006 03:31:53 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $44.45 | IOS0041 | | | $45.15 |
| 09/08/2006 02:48:37 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | FRP Quarterly Pymt | ($25.00) | IOS0040 | | | $0.70 |
| 09/01/2006 06:06:25 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $25.00 | 33324106 | | | $25.70 |
| 08/31/2006 05:09:50 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($3.00) | ITS0831 | | | $0.70 |
| 08/15/2006 06:29:26 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($28.70) | 11 | | | $3.70 |
| 08/10/2006 09:00:37 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($25.00) | ITS0810 | | | $32.40 |
| 08/08/2006 07:14:21 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0003 | Sales | ($64.90) | 39 | | | $57.40 |
| 08/08/2006 06:05:01 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $100.00 | 33322306 | | | $122.30 |
| 08/07/2006 12:41:09 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - UNICOR | $1.73 | IOS0037 | | | $22.30 |
| 08/07/2006 12:37:09 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW9213 | Payroll - IPP | $18.90 | FIPP0706 | | | $20.57 |

WorkstationID: CRW7KWTC11    UserID: CRW9213    Page 3 of 5

Date: 01/19/2007
Time: 12:23:30 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: CRW

| Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/25/2006 06:40:42 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($5.00) | 11 | | | $1.67 |
| 07/25/2006 06:37:52 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($12.60) | 8 | | | $6.67 |
| 07/18/2006 06:36:56 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0003 | Sales | ($71.00) | 14 | | | $19.27 |
| 07/17/2006 09:01:57 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($10.00) | ITS0717 | | | $90.27 |
| 07/16/2006 09:05:47 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $100.00 | 33320706 | | | $100.27 |
| 07/16/2006 06:35:09 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($1.00) | ITS0716 | | | $0.27 |
| 07/13/2006 08:55:11 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW3474 | Inmate Co-pay | ($2.00) | FICP0706 | | | $1.27 |
| 07/11/2006 11:28:56 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($19.10) | 59 | | | $3.27 |
| 07/07/2006 02:04:27 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW7992 | Payroll - IPP | $19.56 | FIPP0606 | | | $22.37 |
| 07/06/2006 03:47:28 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW7992 | Sales | $0.05 | DRR0706 | | | $2.81 |
| 07/05/2006 11:42:48 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($27.24) | 86 | | | $2.76 |
| 07/01/2006 09:23:43 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($20.00) | ITS0701 | | | $30.00 |
| 07/01/2006 06:05:03 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $50.00 | 33319606 | | | $50.00 |
| 06/11/2006 05:22:03 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($5.00) | ITS0611 | | | $0.00 |
| 06/07/2006 01:15:45 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW7992 | FRP Quarterly Pymt | ($25.00) | IOS0032 | | | $5.00 |
| 06/07/2006 01:09:06 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW7992 | Payroll - IPP | $19.80 | FIPP0506 | | | $30.00 |
| 06/06/2006 06:51:45 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($32.25) | 11 | | | $10.20 |
| 05/30/2006 06:28:42 AM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0005 | Sales | ($123.39) | 10 | | | $42.45 |
| 05/28/2006 02:54:16 PM | | | | | | | | | | |
| 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($20.00) | ITS0528 | | | $165.84 |

Date: 01/19/2007  
Time: 12:23:30 pm

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified

Facility: CRW

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/2006 06:30:41 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0004 | Sales | ($18.09) | 14 | | | $185.84 |
| 05/18/2006 08:06:18 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMSERVICE | Western Union | $200.00 | 33316506 | | | $203.93 |
| 05/16/2006 11:09:05 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($11.53) | 35 | | | $3.93 |
| 05/14/2006 08:11:36 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | AMService | Phone Withdrawal | ($7.00) | ITS0514 | | | $15.46 |
| 05/08/2006 02:06:32 PM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW2652 | Inmate Co-pay | ($2.00) | FICP0506 | | | $22.46 |
| 05/02/2006 06:32:51 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($89.40) | 11 | | | $24.46 |
| 04/25/2006 06:30:22 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($162.10) | 16 | | | $113.86 |
| 04/19/2006 06:55:31 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0002 | Sales | ($187.69) | 32 | | | $275.96 |
| 04/19/2006 06:34:52 AM | 15128006 | DAVIS, TWILA JO | Active | CRW | CRW0004 | Sales | $0.00 | 12 | | | $463.65 |

**Total Number Transactions: 83**