Twila Jo Davis #15128-006
Name
FMC Carswell
P.O. Box 27137
Ft Worth, TX 76127
Address

Telephone Number

RECEIVED

FEB 14 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

United States of America

**Plaintiff/Petitioner,**

vs. Ronn L. Roseberry, Betty J. Duval, Twila Jo Davis, Susan C. McKitrick, And Sabrina M. Victovich,

**Defendant/Respondent.**

CASE NO. 1:05-cr-0004.3-HRH

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 2-12-2007

Twila Jo Davis
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97