UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  TWILA JO DAVIS  </u>

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                              CASE NO.  <u>  1:05-cr-00004-03-HRH  </u>

<u>  Robin M. Carter  </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 20, 2007</u>

      Defendant Davis moved at docket 279 for the appointment of counsel. Along with that motion she filed a financial affidavit at docket 280. She signed the financial affidavit, but it is not dated, and the form itself is entirely blank other than her signature. The court cannot appoint counsel to represent Ms. Davis unless she files a properly filled out financial affidavit.

      The clerk is directed to send Ms. Davis another financial affidavit form. Ms. Davis shall complete the financial affidavit, answering all of the questions on that form, and signing and dating the form, and file it with the court on or before April 25, 2007.

[]{IA.WPD*Rev.12/96}