IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>TWILA JO DAVIS,<br><br>           Defendant. | Case No. 1:05-cr-00004-HRH<br><br><br>ORDER APPOINTING COUNSEL |

Twila Jo Davis, having filed a motion under 28 U.S.C. § 2255, has moved for appointment of counsel.[1] The Criminal Justice Act[2] authorizes this Court to appoint an attorney for a *habeas* petitioner who cannot afford counsel. The Court has reviewed Davis' financial affidavit[3] and prison financial information[4] and finds that Davis cannot afford counsel. Accordingly, the Court will grant her application for appointment of counsel, and the Federal Public Defender will be appointed to designate counsel to represent her in these proceedings.

Accordingly, **IT IS HEREBY ORDERED that**:

---

[1] Docket No. 279; *see also*, Docket No. 274, requiring Davis to file any request for counsel on or before March 7, 2007.

[2] *See* 18 U.S.C. § 3006, *et. seq.*

[3] Docket No. 286.

[4] Docket No. 273, Exhibit 1.

1. Ms. Davis' application for appointment of counsel, at docket number 279, is **GRANTED**. The Federal Public Defender for the District of Alaska shall designate counsel from the CJA Panel or the Federal Public Defender's office to represent Ms. Davis in these proceedings.

2. Counsel for Ms. Davis shall review the record, confer with Ms. Davis, and file any amended § 2255 motion on or before **April 30, 2007**. In the alternative, counsel shall file a notice that no amended petition will be submitted.

3. The United States Attorney shall file its answer or other responsive pleading, as provided in the Court's Order Directing Service and Response, on or before **May 30, 2007**.

DATED this 30th day of March, 2007 at Juneau, Alaska.

/s/ PHILIP M. PALLENBERG
Philip M. Pallenberg
United States Magistrate Judge