Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LESLIE J. WILLIAMS, ) | |
| ) | Case No. 4:003-CR-03(JWS) |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Defendant's Motion to for an extension of time to file an Amended § 2255 Petition is hereby GRANTED/DENIED.  The Amended Petition is due August 31, 2006

The government's reply is due _____, 2006.

DATED at Anchorage, Alaska, this ____ day of March 2006.

_____
United States District Court Judge

**United States v. Williams**, Case No. 4:003-CR-03(JWS)  Page 1 of 2
**Order**

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 26th Day of July 2006,
on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

       /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb