Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendants. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

**MOTION FOR EXTENSION OF TIME**

      Meredith A. Ahearn, Counsel for Twila Jo Davis, moves this Court for an extension of time from April 30, 2007 to May 30, 2007 in which to file an amended § 2255 Motion.  Counsel requests this extension to allow her time to speak with her client and review the file.

Dated at Anchorage, Alaska this 18 day of April 2007.

        HAGANS, AHEARN & WEBB
        Attorneys for Defendant

By: /s/
    Meredith A. Ahearn
    Alaska Bar No. 6903001
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 18 day of April 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/
Meredith A. Ahearn

*6479*