Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TWILA JO DAVIS, | ) | |
| | ) | |
| Defendant. | ) | Case No. 1:05-cr-0004.3-HRH |
| | ) | |

**PROPOSED ORDER GRANTING EXTENSION OF TIME**

Pursuant to Counsel for Defendant's Motion for Extension of Time, it is hereby ORDERED that Defendant may file an amended § 2255 motion or notice that no amended petition will be filed on or before _____, 2007. The Government's response will be due_____.

Dated at Anchorage, Alaska this ___ day of April 2007.

By: /s/
United States District Court Judge/
Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served
electronically this 18 day of April 2007
on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/
Meredith A. Ahearn

*6479*