**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> TWILA JO DAVIS </u>

THE HONORABLE PHILLIP M. PALLENBERG

D<small>EPUTY</small> C<small>LERK</small>                                CASE NO.  <u>1:05-cr-00004-03-HRH</u>

<u> Linda Christensen </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 26, 2007

    Defendant Davis' motion (dkt #292) for an extension of time to file either an amended 2255 Petition or a notice that no amended petition will be filed is hereby **GRANTED**.  The Amended Petition or Notice shall be filed no later than May 30, 2007.

[]{IA.WPD*Rev.12/96}