Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

## U. S. DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendants. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Meredith A. Ahearn, Counsel for Twila Jo Davis, moves this Court for a 30-day extension of time from May 30, 2007 to June 29, 2007 in which to file an amended § 2255 Motion. Counsel requests this extension in order allow time to complete reading the record and speaking with trial counsel. Counsel called the Assistant U.S. Attorney, James Goeke, and he has advised that he will not oppose this motion.

Dated at Anchorage, Alaska this 31st day of May 2007.

        HAGANS, AHEARN & WEBB
        Attorneys for Defendant


By: _____/s/_____
        Meredith A. Ahearn
        Alaska Bar No. 6903001
        HAGANS, AHEARN & WEBB
        310 K Street, Suite 400
        Anchorage, AK  99501
        (907) 276-5294:  Phone
        (907) 276-8732:  Fax
        E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 18 day of April 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

_____/s/_____
Meredith A. Ahearn

*6479*