Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

## U. S. DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendant. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

### PROPOSED ORDER GRANTING EXTENSION OF TIME

Pursuant to Counsel for Defendant's Motion for Extension of Time, it is hereby ORDERED that Defendant may file an amended § 2255 motion or notice that no amended petition will be filed on or before June 29, 2007.  The Government's response will be due_____.

Dated at Anchorage, Alaska this ___ day of April 2007.

By: /s/
United States District Court Judge/
Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 18 day of April 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/
Meredith A. Ahearn

*6479*