Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendants. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

**MOTION FOR EXTENSION OF TIME**

Meredith A. Ahearn, Counsel for Twila Jo Davis, moves this Court for a 15-day extension of time from June 29, 2007 to July 15, 2007 in which to file an amended § 2255 Motion. Counsel requests this extension in order allow her time to speak with her client again and to consult with trial counsel. Counsel called the Assistant U.S. Attorney, James Goeke, to request that he not oppose the motion, but he has not returned the call.

Dated at Anchorage, Alaska this 27th day of June 2007.

        HAGANS, AHEARN & WEBB

        Attorneys for Defendant

By: _____/s/_____
      Meredith A. Ahearn
      Alaska Bar No. 6903001
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 27th day of June 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

_____/s/_____
Meredith A. Ahearn

*6479*