Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TWILA JO DAVIS, | ) ) | |
| Defendants. | ) ) | Case No. 1:05-cr-0004.3-HRH |

**MOTION FOR EXTENSION OF TIME**

Meredith A. Ahearn, Counsel for Twila Jo Davis, moves this Court for a 15-day extension of time from July 15, 2007 to July 25, 2007 in which to file an amended § 2255 Motion. Counsel requests this extension in order allow her time to speak with her client again. Ms. Davis is scheduled to call on July 19th. Counsel was out of her office July 16 because her daughter was having a baby. Counsel called the Assistant U.S. Attorney, James Goeke, and he not oppose the motion.

Dated at Anchorage, Alaska this 16th day of June 2007.

          HAGANS, AHEARN & WEBB

          Attorneys for Defendant

          By: /s/Meredith A. Ahearn
          Meredith A. Ahearn
          Alaska Bar No. 6903001
          HAGANS, AHEARN & WEBB
          310 K Street, Suite 400
          Anchorage, AK  99501
          (907) 276-5294:  Phone
          (907) 276-8732:  Fax
          E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 16th day of June 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/Meredith A. Ahearn
Meredith A. Ahearn

*6479*