UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


         UNITED STATES OF AMERICA    v.    TWILA JO DAVIS

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                        CASE NO.  1:05-cr-00004-03-HRH-PMP

 Linda Christensen


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: July 19, 2007


   The defendant's fourth motion for extension of time (docket 301) is **DENIED**.  Defense counsel's attention is directed to the court's order at docket 300 denying the defendant's third motion for extension of time.  This matter is set for a status hearing on **Wednesday, July 25, 2007 at 1:30 p.m.**  All counsel and the defendant may participate telephonically by calling Meet-Me-Bridge "A" at 907-677-6246.  Defense counsel shall arrange for the defendant's telephonic participation.