Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

**RECEIVED**

JUL 2 4 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendant. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

### MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant, Twila Jo Davis, by and through counsel, Meredith A. Ahearn, moves this court to reschedule the status conference currently scheduled for 1:30p.m., July 25th (AST) to a morning time as soon as practicable. Counsel spoke with Ms. Davis the morning of July 24th and her counselor who stated that she cannot be available at that time because it is during the facility count. A morning time would avoid this problem. I have contacted the AUSA, James Goeke and advised him of the problem. He has not called me back as of yet.

Dated at Anchorage, Alaska this 24 day of July 2007.

HAGANS, AHEARN & WEBB
Attorneys for Defendant

By: ___M A Ahearn___
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served
~~electronically~~ this 24th day of July 2007
via fax

James A. Cocke
William B. Carey,
D. Scott Dattan
Michael D. Dieni
Louis Menendez

___M A Ahearn___
Meredith A. Ahearn

6579