MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. TWILA JO DAVIS         CASE NO. 1:05-cr-00004-03-HRH-PMP
Defendant: X Not Present

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:    BECKY HILDENBRAND

UNITED STATES' ATTORNEY:  JAMES GOEKE*

DEFENDANT'S ATTORNEY:     MEREDITH APPEL AHEARN

*(Appeared Telephonically)

PROCEEDINGS: STATUS HEARING HELD: JULY 26, 2007
-----------------------------------------------

At 11:12 a.m. court convened.

Court and Counsel heard re Defendant's Oral Motion file an Amended Petition; **GRANTED**; Amended Petition now due **August 3, 2007**.

Court and Counsel heard re Defendant's Oral Motion for Evidentiary Hearing; **GRANTED**: Evidentiary Hearing to be scheduled after filing of Amended Petition

At 11:20 a.m. court adjourned.

DATE: July 26, 2007              DEPUTY CLERK'S INITIALS:   BH

Revised 6-18-07