Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

## U. S. DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendant. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

### (PROPOSED) ORDER FOR EVIDENTIARY HEARING

Defendant's Motion for Evidentiary Hearing is granted. The hearing will be held at _____ a.m./p.m. in Courtroom 1, Federal Building U. S. Courthouse, 709 West 9th Avenue, Juneau, Alaska.

Dated at Anchorage, Alaska this ___ day of _____ 2007.

/s/
Phillip M. Pallenberg
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 3rd day of August 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/ Meredith A.Ahearn
Meredith A. Ahearn

*6479*