NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.  1:05-cr-0004-3-HRH |
| ) | |
| Plaintiff,           ) | |
| ) | **MOTION TO UNSEAL** |
| vs.           ) | **PLEA AGREEMENT** |
| ) | |
| TWILA JO DAVIS,           ) | **FILED ON SHORTENED TIME** |
| ) | |
| Defendant.           ) | |
| ) | |
| ) | |

COMES NOW the United States of America, by and through counsel and hereby moves this court for an order unsealing the plea agreement in the above-captioned case for the purpose of responding to the defendant's motion for relief under 28 U.S.C. § 2255.  The defendant's motion has placed the specific provisions of her plea agreement at issue.

RESPECTFULLY SUBMITTED this 23rd day of August, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney


        s/ James A. Goeke
        JAMES A. GOEKE
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email: james.goeke@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing <u>Motion to Unseal Plea Agreement</u> was sent to the following counsel of record on August 23, 2007, via electronic service:

Meredith A. Ahearn


  s/ James A. Goeke