IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TWILA JO DAVIS,<br><br>　　　　　Defendant. | ) No. 1:05-cr-0004-3-HRH<br>)<br>) **[PROPOSED]**<br>)<br>) **ORDER UNSEALING**<br>) **PLEA AGREEMENT**<br>)<br>)<br>)<br>)<br>) |

Having considered the government's motion to unseal the plea agreement in the above-captioned case, solely for the purpose of responding to the defendant's motion for relief under 28 U.S.C. § 2255, IT IS HEREBY ORDERED that a copy of the plea agreement, shall be unsealed solely for that purpose. The Clerk of Court is hereby directed to provide a copy of the plea agreement to the government.

　　　IT IS SO ORDERED.

　　　DATED this ____ day of August, 2007 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge