# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> TWILA JO DAVIS </u>

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                            CASE NO. <u> 1:05-cr-00004-03-HRH </u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: August 24, 2007

The government has moved at docket 316 to unseal the plea agreement. Although the government designated its motion as "Filed on Shortened Time", the government has made no showing as to why shortened time consideration is necessary. The defendant may respond to the motion within the normal time limits.

The government's response to the defendant's amended §2255 motion (docket 314) and motion for evidentiary hearing (docket 315) shall be due on or before September 4, 2007.

[ ]{IA.WPD*Rev.12/96}