Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant Twila Jo Davis

## U. S. DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TWILA JO DAVIS, ) | |
| ) | |
| Defendant. ) | Case No. 1:05-cr-0004.3-HRH |
| ) | |

## NOTICE TO THE COURT

Defendant, Twila Jo Davis, by and through counsel, that she does not object to any evidentiary hearing in her case being conducted in Anchorage.

Dated at Anchorage, Alaska this 14th day of  September  2007.

> HAGANS, AHEARN & WEBB
> Attorneys for Defendant
>
> By: /s/ Meredith A. Ahearn
>     Meredith A. Ahearn
>     Alaska Bar No. 6903001
>     HAGANS, AHEARN & WEBB
>     310 K Street, Suite 400
>     Anchorage, AK  99501
>     (907) 276-5294:  Phone
>     (907) 276-8732:  Fax
>     E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 14th day of September 2007 on:

James A. Goeke
William B. Carey,
D. Scott Dattan
Michael D. Diene
Louis Menendez

/s/Meredith A. Ahearn
Meredith A. Ahearn

*6479*