UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   TWILA JO DAVIS  

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                           CASE NO.  1:05-cr-00004-03-HRH 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**  DATE: September 19, 2007

      The defendant has moved at docket 315 for an evidentiary hearing on her motion to vacate sentence under 28 U.S.C. § 2255 (docket 273 and 314). The government does not oppose the defendant's motion for evidentiary hearing. The motion for evidentiary hearing is GRANTED.

Both parties agree that the evidentiary hearing should be held in Anchorage. The government requests that the evidentiary hearing be scheduled for a date after November 12, 2007. By agreement of the judges, the matter is reassigned to Magistrate Judge Roberts for further proceedings including the scheduling of the evidentiary hearing.

[]{IA.WPD*Rev.12/96}