NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TWILA JO DAVIS,<br><br>Defendant. | Case No.  1:05-cr-0004-3-HRH-JDR<br><br>**MOTION TO UNSEAL TRANSCRIPT AT DOCKET #247**<br><br>*FILED ON SHORTENED TIME* |

COMES NOW the United States of America, by and through counsel and hereby moves this court for an order unsealing the partial transcript of the evidentiary hearing / imposition of sentence hearing  (docket #247) in the above-captioned case.  The purpose of unsealing the transcript is to prepare for the

evidentiary hearing on defendant's motion for relief under 28 U.S.C. § 2255 that is currently set for November 15, 2007.

RESPECTFULLY SUBMITTED this 30th day of October, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ James A. Goeke
> JAMES A. GOEKE
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9
> Anchorage, Alaska  99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007,
a copy of the foregoing Motion to Unseal
Transcript was served electronically on
Meredith A. Ahearn.

 s/ James A. Goeke