IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TWILA JO DAVIS,<br><br>               Defendant. | ) No. 1:05-cr-0004-3-HRH-JDR<br>)<br>) **[PROPOSED] ORDER**<br>) **UNSEALING TRANSCRIPT**<br>) **AT DOCKET #247**<br>)<br>)<br>)<br>)<br>)<br>) |

Having considered the government's motion to unseal the transcript at docket #247 in the above-captioned case, for the purpose of preparing for the evidentiary hearing on the defendant's motion for relief under 28 U.S.C. § 2255, IT IS HEREBY ORDERED that the transcript shall be unsealed.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007 at Anchorage, Alaska.

_____
United States Magistrate Judge