MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __TWILA JO DAVIS__   CASE NO. __1:05-CR-00004-03-HRH__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SAMANTHA LARK_____

UNITED STATES' ATTORNEY: _____JAMES A. GOEKE_____

DEFENDANT'S ATTORNEY: _____MEREDITH APPEL AHEARN_____

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO VACATE 2255 (DKT 314) HELD 11/13/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

Court and counsel heard re defendant's Motion to Vacate under 28 U.S.C. 2255 (DKT 314).

Witness exclusionary rule invoked.

Twila Davis sworn and testified on her own behalf. Defendant's exhibit C **IDENTIFIED.** Defendant's exhibits A and B **ADMITTED.** Plaintiff's exhibit 2 **IDENTIFIED.** Plaintiff's exhibit 1 **ADMITTED.**

Scott A. Sterling sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 2 **ADMITTED.** Defendant's exhibit C **ADMITTED.**

Court and counsel heard re defendant's Oral Motion to continuing hearing for purposes of making closing arguments after reviewing transcript of proceedings; **GRANTED.** Continued Evidentiary Hearing on Motion to Vacate 2255 (DKT 314)/Closing Arguments set for **December 3, 2007 at 2:00 p.m.**

List of Witnesses and List of Exhibits to be filed separately.

At 1:46 p.m. court adjourned.

All admitted exhibits retained by counsel.

OFF RECORD: Court ordered clerk to order an expedited transcript of this proceeding.

DATE: __November 13, 2007__   DEPUTY CLERK'S INITIALS: __sal__

Revised 6-18-07