(Rev 8/07)

# LIST OF EXHIBITS

Case No. 1:05-CR-00004-03-HRH   Magistrate Judge/~~Judge~~: John D. Roberts

Title U.S.A.

vs. Twila Jo Davis

Dates of Hearing/~~Trial~~: November 13, 2007

Deputy Clerk/Recorder: Samantha Lark

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| James A. Groeke | Meredith Appel Ahearn |
|  |  |
|  |  |

-----EXHIBITS-----

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | ✓ | Proposed Change of Plea transcript | A | ✓ | ✓ | Plea Agreement |
| 2 | ✓ | ✓ | Sentence transcript | B | ✓ | ✓ | Dated letter 9-23-05 |
|  |  |  |  | C | ✓ | ✓ | letter to Government from defendant counsel |