```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. **TWILA JO DAVIS**          CASE NO. **1:05-CR-00004-03-HRH**
Defendant: **X** Present **X** In Custody

BEFORE THE HONORABLE:               **JOHN D. ROBERTS**

DEPUTY CLERK/RECORDER:              **SAMANTHA LARK**

UNITED STATES' ATTORNEY:            **JAMES A. GOEKE**

DEFENDANT'S ATTORNEY:               **MEREDITH APPEL AHEARN**

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING/CLOSING ARGUMENTS ON
             MOTION TO VACATE 2255 (DKT 314)  HELD 12/3/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:04 p.m. court convened.

Court and counsel heard re Defendant's Motion to vacate 2255 (DKT 314)

Closing arguments heard.

Court and counsel heard re Defendant's Motion to vacate 2255 (DKT 314). Court heard; matters taken **UNDER ADVISEMENT**, written ruling to issue.

Defendant's detention continued.

At 2:19 p.m. court adjourned.

OFF RECORD: Court directed clerk to order an expedited transcript of this proceeding.

DATE: **December 3, 2007**          DEPUTY CLERK'S INITIALS: **sal**

Revised 6-18-07