

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case Number 1:07-cv-00002-HRH
[1:05-cr-00004-03-HRH]

TWILA JO DAVIS,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED: 

**REDACTED SIGNATURE**
_____
H. Russel Holland
United States District Judge

2/4/08
Date

                        Ida Romack
                       Clerk of Court

                 **REDACTED SIGNATURE**
                _____
                (By) Deputy Clerk