

U. S. DISTRICT COURT

DISTRICT OF ALASKA

**ORIGINAL**

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) WRIT OF HABEAS CORPUS |
|  | ) AD TESTIFICANDUM |
| TWILA JO DAVIS, | ) (FILED UNDER SEAL) |
| Defendant. | ) Case No. 1:05-cr-0004.3-HRH |

The President of the United States of America to the Bureau of Prisons and the United States Marshal, District of Alaska or his duly authorized representative:

GREETINGS:

We command that you have the body of Twila Jo Davis by you imprisoned and detained as it is said under safe and secure conduct before the U. S. District Court presently sitting within the District of Alaska at Anchorage, Alaska on November 15, 2007 as a witness in a criminal action pending before the court for her testimony and such other proceedings as the court may desire and that you return her to the FMC Carswell Facility, Fort Worth, Texas as soon as she is excused from further appearance before the aforesaid U. S. District Court under safe and secure conduct and have you then and there this writ.

WITNESS the Honorable Judge of the U. S. District court for the District of Alaska at the Federal Building in the city of Anchorage, Alaska on this 1st day of October, 2007 at Anchorage, Alaska.

Ida Romack
Ida Romack, Clerk

Redacted Signature

by Deputy Clerk

**U.S. MARSHALS RETURN**

do hearby certify that I received this Writ of Habeas Corpus Ad Prosequendum/Testificatum on 10/11/07.
hearby return this Writ of Habeas Corpus Ad Prosequendum/Testificandum unserved/executed, dated this 61/30/2008 at Anchorage, AK.

RANDY M. JOHNSON, US Marshal

By: [signature]
Criminal Program Specialist

Page 1 of 1